FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC,<br><br>        Plaintiff,<br><br>and<br><br>PAUL HANSMEIER, Esquire,<br><br>        Movant - Appellant,<br><br>  v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55859<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>        Plaintiff,<br><br>and<br><br>BRETT L. GIBBS,<br><br>        Movant - Appellant,<br><br>  v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55871<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

SM/MOATT

| | |
|---|---|
| INGENUITY13 LLC, | No. 13-55880 |
|       Plaintiff - Appellant, | D.C. No. 2:12-cv-08333-ODW-JC |
| v. | Central District of California, |
| JOHN DOE, | Los Angeles |
|       Defendant - Appellee. | |
| | |
| INGENUITY13 LLC, | No. 13-55881 |
|       Plaintiff, | D.C. No. 2:12-cv-08333-ODW-JC |
| and | Central District of California, |
| PRENDA LAW, INC., | Los Angeles |
|       Movant - Appellant, | |
| v. | |
| JOHN DOE, | |
|       Defendant - Appellee. | |
| | |
| INGENUITY13 LLC, | No. 13-55882 |
|       Plaintiff, | D.C. No. 2:12-cv-08333-ODW-JC |
| and | Central District of California, |
| | Los Angeles |

AF HOLDINGS, LLC,

       Movant - Appellant,

 v.

JOHN DOE,

       Defendant - Appellee.

---

INGENUITY13 LLC,

       Plaintiff,

 and

PAUL DUFFY,

       Movant - Appellant,

 v.

JOHN DOE,

       Defendant - Appellee.

No. 13-55883

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

---

INGENUITY13 LLC,

       Plaintiff,
 and

JOHN STEELE,

       Movant - Appellant,

No. 13-55884

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles


v.

JOHN DOE,

    Defendant - Appellee.

---

INGENUITY13 LLC,

    Plaintiff,

and

PRENDA LAW, INC.,

    Movant - Appellant,

v.

JOHN DOE,

    Defendant - Appellee,

and

PAUL DUFFY,

    Movant - Appellee.

No. 13-56028

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

ORDER

Appellant's November 14, 2013 filing in appeal no. 13-55871 is construed as a motion to voluntarily dismiss appeal no. 13-55871 pursuant to Federal Rule of

Appellate Procedure 42(b). So construed, the motion is granted. Appeal no. 13-55871 is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court for appeal no. 13-55871.

The briefing schedule established on July 9, 2013 remains in effect for the remaining consolidated appeals.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Stephanie McMahon
        Motions Attorney/Deputy Clerk